partment. May 22, 1907.) Action by Joseph W. Pool against Byron G. Bents. No opinion. Judgment affirmed, with costs.

---

PORT JEFFERSON REALTY CO., Appellant, v. WOODHULL, Respondent. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by the Port Jefferson Realty Company against Mary C. Woodhull. No opinion. Motion to dismiss appeal denied, without costs.

---

PORTLAND CO. v. HALL et al. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by the Portland Company against Charles W. Hall and another. No opinion. Motion to withdraw record denied, without costs. Motion to expunge papers from record granted, without costs. Settle orders on notice.

---

POST, Respondent, v. PEASE PIANO CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Marion Post against the Pease Piano Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

PRENTICE, Appellant, v. SOMMER, Respondent. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Westervelt Prentice against Maurice Sommer. No opinion. Judgment of the Municipal Court reversed, on the ground that the testimony for the plaintiff at the close of the case did not permit a dismissal of his complaint. A new trial is ordered; costs to abide the event.

---

PRESTON v. ARTHUR et al. SAME v. ALBEE. SAME v. ARTHUR. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Actions by Charles M. Preston against Lemuel J. Arthur and others, against Franklin C. Albee, and against Mary E. Arthur. No opinions. Motions for leave to withdraw appeals granted, without costs. Settle orders on notice.

---

PUTNAM v. LINCOLN SAFE DEPOSIT CO. et al. (Supreme Court, Appellate Division, Third Department. May 24, 1907.) Action by Robert H. S. Putnam against the Lincoln Safe Deposit Company and others. No opinion. Motion denied.

---

QUARMBY, Respondent, v. JAMES WEIR'S SONS, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Hillary H. Quarmby, by Sarah Ann Quarmby, his guardian ad litem, against James Weir's Sons. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

QUICK, Respondent, v. CENTRAL NEW YORK TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) Action by William E. Quick against the Central New York Telephone & Telegraph Company. No opinion. Judgment and order affirmed, with costs.

---

(119 App. Div. 890)

In re RAMSDILL'S ESTATE. (Supreme Court, Appellate Division, First Department. May 24, 1907.) In the matter of the estate of Charles Ramsdill, deceased. A. P. Smith, for appellant. E. N. Dollin, for respondent. No opinion. Order affirmed, with costs and disbursements, on authority of Matter of James, 144 N. Y. 6, 38 N. E. 961. Order filed.

---

In re RAPID TRANSIT BOARD. In re BROOKLYN & MANHATTAN LOOP. (Supreme Court, Appellate Division, First Department. February, 1907.) In the matter of the rapid transit board. In the matter of the Brooklyn & Manhattan Loop. No opinion. See memorandum for commissioners and counsel.

---

READ v. FOX et al. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Linus G. Read against Samuel R. Fox and another. No opinion. Motion denied, with $10 costs. Order filed.

---

REALTY PROTECTIVE CO., Appellant, v. EARLE, Respondent. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by the Realty Protective Company against Lillie J. Earle. G. M. Mackellar, for appellant. F. G. Manley, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

REDINGTON, Respondent, v. FARLOW, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Caroline G. Redington against William E. Farlow. No opinion. Appeal dismissed on argument, with $10 costs and disbursements.

---

REEVES, Respondent, v. SULLIVAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Alfred H. Reeves against Timothy D. Sullivan and others. No opinion. Motion to resettle order granted, and proceedings referred to John Hill Morgan, Esq.

---

REICH, Respondent, v. IRONCLAD MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Otto Reich against the Ironclad Manufacturing Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

---

RENDIGS, Respondent, v. RENDIGS, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by Anna G. D. Rendigs against Charles W. Rendigs. M. D. Steuer, for appellant. A. R. Watson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

RENNINGER, Respondent, v. RICHEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 21, 1907.)

Action by William Renninger, an infant, etc., against Richard Richey and others. No opinion. Judgment and order unanimously affirmed, with costs.

REYNOLDS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) Action by Patrick J. Reynolds against the Brooklyn Heights Railroad Company. No opinion. Motion to dismiss appeal denied, without costs.

In re RHOADS' ESTATE. (Supreme Court, Appellate Division, First Department. June 28, 1907.) In the matter of the estate of Lyman F. Rhoads, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RHODES, Respondent, v. SPERRY & HUTCHINSON CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Aida T. Rhodes against the Sperry & Hutchinson Company. No opinion. Motion to resettle order denied, with costs.

RICHARDSON, Appellant, v. MAGUIRE et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Eugene W. Richardson against John Maguire and another, individually and as executors, etc. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

RICHARD V. HARNETT & CO., Inc., Appellant, v. ENGLANDER, Respondent. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Appeal from Trial Term. Action by Richard V. Harnett & Co., Incorporated, against Bethoven Englander. From an order setting aside a verdict for plaintiff and a judgment dismissing its complaint, plaintiff appeals. Judgment reversed, order so far as it set aside the verdict affirmed, and new trial ordered. L. E. Warren, for appellant. Mark Ash, for respondent.

LAMBERT, J. The plaintiff brought this action to recover $1,000, with interest, commissions alleged to have been earned in negotiating an exchange of real estate. Upon the trial of the action the jury found a verdict in favor of the plaintiff, which, on motion of defendant, was set aside, and the plaintiff's complaint was dismissed, on the ground that the plaintiff acted in the premises in violation of section 640d of the Penal Code, and that his right of recovery was thus defeated. It is conceded that the plaintiff did not have the written authority demanded by the Penal Code, and this court had, at that time, held that the act in question was not a violation of the Constitution of this state, so that the action of the learned court in granting the order appeared to be in harmony with the law. Subsequently, however, the Court of Appeals in Fisher Company v. Woods, 187 N. Y. 90, 79 N. E. 836, held section 640d of the Penal Code unconstitutional, both under the state and federal Constitutions. There is nothing remaining, therefore, upon the appeal from the judgment, except to reverse the same. The order granting the new trial should be affirmed, and the parties permitted to again present their proofs and have the law applied thereto in harmony with the latest expression of the court of last resort. The judgment appealed from should be reversed, and the order, so far as it set aside the verdict, affirmed, and a new trial granted, with costs to the successful party to abide event. All concur.

RICKERT v. WHITE. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by Thomas A. Rickert against Henry White. No opinion. Motion granted, with $10 costs. Order filed.

RIKER et al., Respondents, v. SPRINGFIELD FIRE & MARINE INS. CO., of SPRINGFIELD, MASS., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Edward L. Riker and others against the Springfield Fire & Marine Insurance Company, of Springfield, Mass.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., not sitting.

RIORDAN v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by John J. Riordan against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs. Order filed.

In re ROBBINS et al. (Supreme Court, Appellate Division, First Department. May 31, 1907.) In the matter of Clarence H. Robbins and others. G. M. Mackellar, for appellant. F. O'Connor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re ROBBINS' ESTATE. (Supreme Court, Appellate Division, First Department. June 28, 1907.) In the matter of the estate of Sophia Robbins, deceased. No opinion. Order affirmed, with costs. Order filed.

ROBINSON, Appellant, v. UNION RY. CO. OF NEW YORK CITY, Respondent. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by William Robinson against the Union Railway Company of New York City. No opinion. Reargument ordered, and case set down for Wednesday, October 2, 1907.

ROCHKIND, COHEN & CO., Respondents, v. JACOBSON, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Rochkind, Cohen & Co. against Judah Jacobson. No opinion. Motion to dismiss appeal denied, with costs.

ROCKWOOD, Respondent, v. NEW YORK CONTRACTING CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth De-